```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

P.S. and M.S., Individually and on behalf of S.S.,

                  Plaintiffs,

-against-

New York City Department of Education,

                  Defendant.

1:24-cv-09377 (JHR) (SDA)

ORDER FOR
TELEPHONE CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

    This case has been assigned to the undersigned for general pretrial management. (Order, ECF No. 5.) The parties (or, if Defendant has not yet appeared, only the Plaintiffs) are directed to appear for a telephone conference on Tuesday, March 18, 2025, at 2:30 p.m. to discuss the status of this action. Plaintiffs shall be prepared to discuss efforts made to serve Defendant with the Complaint. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090.

**SO ORDERED.**

DATED:    New York, New York
              March 11, 2025

                                                                  _____
                                                                  STEWART D. AARON
                                                                  United States Magistrate Judge