USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

P.S. and M.S., Individually and on behalf of S.S.,

       Plaintiffs,

-against-

New York City Department of Education,

       Defendant.

1:24-cv-09377 (JHR) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

  Following a telephone conference with the parties, it is hereby Ordered that the deadline for Defendant to respond to the Complaint is extended until May 19, 2025. If, as of that date, the case has not resolved, the parties shall file a joint letter setting forth the status of the action and, if necessary, may request a further extension of time for Defendant to respond to the Complaint.

**SO ORDERED.**

DATED:  New York, New York
      March 18, 2025

_____
STEWART D. AARON
United States Magistrate Judge